AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| American E Group LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1-18-cv-03969 |
| Livewire Ergogenics Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Livewire Ergogenics Inc.

Date: 10/30/2018

/s/ Jordi I. Kushner
*Attorney's signature*

Jordi I. Kushner
*Printed name and bar number*
120 Wall Street,
25th Floor
New York, NY 10005

*Address*

jkushner@gusraekaplan.com
*E-mail address*

(212) 269-1400
*Telephone number*

(212) 809-4147
*FAX number*