Christopher P. Milazzo, Esq.
CARMEL, MILAZZO & DiCHIARA, LLP
55 West 39th Street, 18th Floor
New York, New York 10018
(212) 658-0458 (tel.)
(646) 838-1314 (fax)
cmilazzo@cmdllp..com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | |
|---|---|
| AMERICAN E GROUP LLC, | Index No.:  18 Civ. 03969 (GHW) |
| Plaintiff, | |
| -against- | |
| LIVEWIRE ERGOGENICS, INC., | |
| Defendant. | |

--------------------------------------------------------------x    **NOTICE OF MOTION FOR**
LIVEWIRE ERGOGENICS, INC.,                                          **LEAVE TO WITHDRAW**
                                                                    **AS ATTORNEYS FOR PLAINTIFF**

Counterclaim Plaintiff/
Third-Party Plaintiff,

-against-

AMERICAN E GROUP LLC,

Counterclaim Defendant,

ELANA HIRSCH A/K/A ELANA MICHELLE
HIRSCH A/K/A ELANA BARKATS, et al.

Third-Party Defendants.
--------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Christopher P.

Milazzo, dated May 23, 2019, Carmel, Milazzo & DiChiara LLP ("CMD"), will move this Court

before the Honorable Gregory H. Woods, at the United States District Courthouse, located at 500

- 2 -

Pearl Street, Courtroom 12C, New York, New York, and a date and time set by the Court, for an

Order, pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York,

granting CMD leave to withdraw as counsel for Plaintiff and Counterclaim Defendant American

E Group LLC ("AEG"), staying this action for a reasonable period to allow AEG to retain new

counsel, and for such other and further relief as the Court deems just, equitable and proper.


Dated:  New York, New York
        May 24, 2019

                                         CARMEL, MILAZZO & DiCHIARA, LLP

                                         By:/s/ Christopher P. Milazzo
                                              Christopher P. Milazzo
                                         55 West 39th Street, 18th Floor
                                         New York, New York 10018
                                         (212) 658-0458 (tel.)
                                         (646) 838-1314 (fax)
                                         cmilazzo@cmdllp..com

                                         *Attorneys for Plaintiff and Counterclaim*
                                         *Defendant American E Group LLC*