AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

American E Group LLC
*Plaintiff*

v.

IVewire Ergogenics Inc
*Defendant*

JS Barkats PLLCS ET AL

Case No. 1:18-CV-03969

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JS BARKATS PLLCS and Sunny Joseph Barkats aka Sanny Joseph Barkats

Date: 6/22/19

_____
*Attorney's signature*

Joseph Povkman
*Printed name and bar number*

1407 Avenue Z #612
Brlyn NY 11235
*Address*

336 0066 @ GMAIL.com
*E-mail address*

718-736-4050
*Telephone number*

_____
*FAX number*