AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

American E Group LLC  )
*Plaintiff*  )
v.  )  Case No. 1:18-CV-03969
Newire Ergogenics Inc  )
*Defendant*  )
JS Barkats PLLCS ET AL  )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JS BARKATS PLLCS and Sunny Joseph Barkats aka Sanny Joseph Barkats

Date: 6/22/19

*Attorney's signature*

Joseph Povkman
*Printed name and bar number*

1407 Avenue Z #612
Brlyn NY 11235
*Address*

3360066@gmail.com
*E-mail address*

718-736-4050
*Telephone number*

*FAX number*