UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN E. GROUP LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>LIVEWIRE ERGOGENICS, INC.,<br><br>                Defendant. | Case No.: 1:18-cv-03969 (GHW) |
| LIVEWIRE ERGOGENICS, INC.,<br><br>                Counterclaim Plaintiff/Third-Party Plaintiff<br><br>-against-<br><br>AMERICAN E GROUP LLC,<br><br>                Counterclaim Defendant,<br><br>ELANA HIRSCH a/k/a ELANA MICHELLE HIRSCH a/ka/a ELANA BARKATS, JSBARKATS PLLC and SUNNY JOSEPH BARKATS a/k/a SANNY JOSEPH BARKATS,<br><br>                Third-Party Defendants. | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff/Counterclaim Defendant, AMERICAN E GROUP LLC, and Third-Party Defendant, ELANA HIRSCH a/k/a ELANA MICHELLE HIRSCH a/ka/a ELANA BARKATS.

Dated: Brooklyn, New York
<u>July 2, 2019</u>

_____
**By: Ira M. Thomas, NY Atty Reg # 2400455**
**CHERNY & PODOLSKY, PLLC**
Attorneys for Plaintiff
2681 E. 14th Street
Brooklyn, New York 11235
(718) 449-5100

<u>ira@cplawfirm.net</u>
Direct Line (917) 426-9172
Fax No. (646) 514-7230 direct and (718) 449-6661 office