UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN E. GROUP LLC,

      Plaintiff,      I-18-cv-03969-GHW

-against-

LIVEWIRE ERGOGENICS, INC.      CERTIFICATE OF
                   SERVICE
      Defendant

LIVEWIRE ERGOGENICS, INC.,

      Counterclaim Plaintiff/
      Third-party Plaintiff,

-against-

AMERICAN E. GROUP LLC,

      Counterclaim Defendant,

ELANA HIRSCH A/K/A ELANA MICHELLE HIRSCH
A/K/A ELANA BARKATS, JS BARKATS PLLC and
SUNNY JOSEPH BARKATA A/K/A
SANNY JOSEPH BARKATS

      Third-Party Defendants.

---

  DWAYNE L. BENTLEY, declares under penalty of perjury as follows:

  1. I am a member of the Bar of this Court and of DL BENTLEY LAW GROUP PLLC ("DLBLGP"), attorney for the Third-Party Defendant Elana Hirsch a/k/a Elana Michelle Hirsch a/k/a Elana Barkats ("Elana") in the above-captioned action.

  2. On July 26, 2019 I served the Notice of Motion for Leave to Withdraw as Counsel and the the Declaration of Dwayne L. Bentley in Support of the below via ECF:

1

Ryan Whalen, Esq.
Gusrae Kaplan Nussbaum PLLC
120 Wall Street
New York, NY 10005
*Attorneys for Defendant/Counterclaim and Third Party*
*Livewire Ergogenics, Inc.*

Jerome Noll, Esq.
148 West 68th Street, #4E
New York, NY 10023
*Attorney for Third Party Defendants*
*JS Barkats PLLC and Sunny Joseph Barkats*

Ira Thomas, Esq.
Cheron & Podolsky, LLC
2681 E. 14th St.
Brooklyn, NY 11235
*Attorneys for Plaintiff AEG and Third-Party Defendant Elana*

Joseph Paukman, Esq.
1407 Avenue Z, #612
Brooklyn, NY 11235
*Attorney for Sunny Joseph Barkats and JS Barkats PC*

   3. On July 26, 2019, I also served the Notice of Motion for Leave to Withdraw as Counsel and the Declaration of Dwayne L. Bentley in Support on Elana Hirsch by email and Federal Express at the addresses set forth below:

   Email: elanabkats@yahoo.com, ehirsch@sunnyskyrealty.com

   Federal Express:  Elana Hirsch
           119 82nd Avenue
           Kew Gardens, NY 11415

Dated: Brooklyn, New York
    July 26, 2019

                    _____
                    Dwayne L. Bentley

\