USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――-

AMERICAN E. GROUP LLC,

                Plaintiff,

  -against-

LIVEWIRE ERGOGENICS, INC.

                Defendant
―――――――――――――――――――――――――――――

**MEMORANDUM ENDORSED**

I-18-cv-03969-GHW

NOTICE OF MOTION FOR
LEAVE TO WITHDRAW
AS ATTORNEY FOR
THIRD-PARTY DEFENDANT

LIVEWIRE ERGOGENICS, INC.,

                Counterclaim Plaintiff/
                Third-party Plaintiff,

  -against-

AMERICAN E. GROUP LLC,

                Counterclaim Defendant,

ELANA HIRSCH A/K/A ELANA MICHELLE HIRSCH
A/K/A ELANA BARKATS, JSBARKATS PLLC and
SUNNY JOSEPH BARKATA A/K/A
SANNY JOSEPH BARKATS

                Third-Party Defendants.
―――――――――――――――――――――――――――――

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Dwayne L. Bentley, dated July 26, 2019, DL BENTLEY LAW GROUP PLLC ("DLBLGP"), will move this Court before the Honorable Gregory H. Woods, at the United States District Courthouse, located at 500 Pearl Street, Courtroom 12C, New York, New York, and a date and time set by the Court, for an Order, pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York, granting DLBGLP leave to withdraw as counsel for Third-Party Defendant, Elana Hirsch a/k/a Elana Michelle Hirsch a/k/a Elana Barkats ("Elana"), as she has another attorney, Ira Thomas, Esq. of Cherny & Podolsky, LLC now representing her personally, and her corporation American E. Group LLC, and for such other and further

1

relief as the Court deems just, equitable and proper.

Dated: Brooklyn, New York,
July 26, 2019

        /s/ Dwayne L. Bentley

Dwayne L. Bentley, Esq.
DL BENTLEY LAW GROUP PLLC
195 Montague St. 14th Floor
Brooklyn, NY 11201
Tel No: 917-445-5788
Email: dlbentleyesq@gmail.com

*Attorneys for Third-Party Defendants, Elana Hirsch a/k/a Elana Michelle Hirsch a/k/a Elana Barkats*

Dwayne L. Bentley is granted leave to withdraw as counsel for Third-Party Defendant Elana Hirsch. The Clerk of Court is directed to terminate Dwayne L. Bentley from the counsel listed in this case and to terminate the motion pending at Dkt. No. 147.

SO ORDERED.

Dated: July 29, 2019
New York, New York

       GREGORY H. WOODS
     United States District Judge