**JOSEPH PAUKMAN**
**ATTORNEY AT LAW**
--------------------------------
**1407 Avenue Z # 612**
**Brooklyn, NY 11235**
**tel: (718) 736-4050**
**fax: (484) 307-7973**
**3360066@gmail.com**

August 20, 2019

Hon. Gregory H. Woods
Via Pacer
500 Pearl St.
NY NY 10007

    Re:    American E Group v Livewire Ergogenics v Elana Hirsch et al Index 1-18-cv-3969-GHW

==================

Dear Judge Woods

    Third party Defendants counsel, Joseph Paukman, respectfully submits this letter-motion to Determine that per August 12, 2019 email request of Bryce Jones, Esq., attorney for Sunny Joseph Barkats and JSBarkats, PLLC Joseph Paukman is relieved or terminated from this case (Email below).

Mandatory Withdrawal
New York Rules of Professional conduct Rule 1.16 (b), (relevant part). An attorney is required to withdraw from representation if the client fires the attorney.

    On August 12, 2019 Bryce Jones, Esq. asked Sunny Barkats to fire me.

Hi Sunny:

I need Joseph to withdraw before I can file this letter. Otherwise we will have to do something more extreme like possibly note in an affirmation from you that you relieved him on Friday but he has refused to withdraw in a timely fashion. Time is of the essence here.

Regards,

Bryce

This email is untrue Sunny Barkats has yet to relieve me. Even Docket 163, August 19, 2019 affidavit of Sunny Barkats is defective.

I ask this Court to Determine that per August 12, 2019 email request of Bryce Jones, Esq., attorney for Sunny Joseph Barkats and JSBarkats, PLLC Joseph Paukman is relieved or terminated from this case.

/s/Joseph Paukman
_____

**JOSEPH PAUKMAN**