JOSEPH PAUKMAN
ATTORNEY AT LAW
---------------------------------
1407 Avenue Z # 612
Brooklyn, NY 11235
tel: (718) 736-4050
fax: (484) 307-7973
3360066@gmail.com

August 20, 2019

Hon. Gregory H. Woods
Via Pacer
500 Pearl St.
NY NY 10007

                              Re:   American E Group v Livewire Ergogenics v Elana Hirsch et al Index 1-18-cv-3969-GHW – Withdrawal of counsel

===================

Dear Judge Woods

      Third party Defendants counsel, Bryce Jones, Esq., attorney for Sunny Joseph Barkats and JSBarkats, PLLC has terminated Joseph Paukman as attorney (see Docket 165). It is unclear if Sunny Joseph Barkats and JSBarkats, PLLC has terminated me, but if he did it was based on the advice of other counsel in this case.

**Local Civil Rule 1.4. Withdrawal or Displacement of Attorney of Record**
An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or

charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

If the Court wishes, the reasons for withdrawal can be stated in camera and under seal. I am asserting a charging lien ( 40 percent to be split by Bryce Jones, Jerome Noll, myself and any other lawyers, on any judgments won by Sunny Joseph Barkats and JSBarkats, PLLC., but not less than 10 percent and $700).

This motion is in furtherance of my obligation to seek withdrawal from this case based on the termination in Docket 65.

/s/Joseph Paukman
_____

**JOSEPH PAUKMAN**

**cc** Sunny Joseph Barkats and JSBarkats, PLLC via email to sunnybkats@gmail.com