USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2019

**JOSEPH PAUKMAN**
**ATTORNEY AT LAW**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**1407 Avenue Z # 612**
**Brooklyn, NY 11235**
**tel:  (718) 736-4050**
**fax: (484) 307-7973**
**3360066@gmail.com**

**MEMORANDUM ENDORSED**

August 20, 2019

Hon. Gregory H. Woods
Via Pacer
500 Pearl St.
NY NY 10007

Re:   American E Group v Livewire Ergogenics v  Elana Hirsch et al Index 1-18-cv-3969-GHW – Withdrawal of counsel
===================

Dear Judge Woods

Third party Defendants counsel, Bryce Jones, Esq., attorney for Sunny Joseph Barkats and JSBarkats, PLLC has terminated  Joseph Paukman as attorney (see Docket 165). It is unclear if Sunny Joseph Barkats and JSBarkats, PLLC has terminated me, but if he did it was based on the advice of other counsel in this case.

**Local Civil Rule 1.4. Withdrawal or Displacement of Attorney of Record**
An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or

charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

If the Court wishes, the reasons for withdrawal can be stated in camera and under seal. I am asserting a charging lien ( 40 percent to be split by Bryce Jones, Jerome Noll, myself and any other lawyers, on any judgments won by Sunny Joseph Barkats and JSBarkats, PLLC., but not less than 10 percent and  $700).

This motion is in furtherance of my obligation to seek withdrawal from this case based on the termination in Docket 65.

/s/Joseph Paukman
_____

**JOSEPH PAUKMAN**

**cc** Sunny Joseph Barkats and JSBarkats, PLLC via email to sunnybkats@gmail.com

Application denied without prejudice.  Under Local Rule 1.4, an order granting an attorney's request to withdraw as counsel "may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case."  Mr. Paukman has filed a motion requesting that the Court grant him leave to withdraw as counsel.  Dkt. No. 166.  It does not comply with Local Rule 1.4.  Specifically, Mr. Paukman has not provided an affidavit setting forth the reasons for his requested withdrawal or explaining the posture of the case.  An affidavit is different than a letter.  Mr. Paukman is granted leave to submit a motion to withdraw that complies with Local Rule 1.4.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 166.

SO ORDERED.

Dated: August 22, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge