USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

American E Group, LLC

                Plaintiff

No. 18-cv-3969-GHW

v.

**Affirmation**

Livewire Ergogenic Inc

                Defendant

-----------------------------------------------------------X
LIVER WIRE ERGOGENICS, INC.,

                Counterclaim Plaintiff/
                Third-Patty Plaintiff,

    Against,

AMERICAN E GROUP, LLC,

                Counterclaim Defendant,

    against-

ELANA HIRSCH A/KIA ELANA MICHELLE
HIRSCH A/KIA ELANA BARKATS, JS BARKATS PLLCS and SUNNY JOSEPH BARKA TS A/KA/
SANNY JOSEPH BARKATS,

                Third-Patty Defendants

-------------------------------------------------------------------X

**JOSEPH PAUKMAN,** an attorney duly admitted to practice law before the courts of the State of New York and this Federal district Court of the Southern District of New York, hereby affirms the following under penalties of perjury and pursuant to the CPLR and FRCP, that:

    1.    This affirmation is submitted in support of the Plaintiff's motion to withdraw as counsel due to termination.

    2.    On August 20, 2019, I received an email stating that I will get disbarred for my conduct in this Court and that certain persons will be testifying against me to Grievance Committee.

3. One of the people testifying may be Plaintiff's counsel who states that if called to testify, he will testify negatively.

4. The accusations of misconduct are untrue and/or exaggerated by Plaintiff's counsel who may have hard feelings against me since 2006 when I left and stopped working in their office in Avenue U, Brooklyn.

5. Plaintiff's conduct, going as far as to email my client that my way of learning about this case is an *embarrassment*, has led to my termination in this case.

6. I confronted Plaintiff's counsel regarding his accusations of wrongdoing but he claimed to no longer remember what I did wrong.

7. I don't claim to be perfect and assuming I have made mistakes, not an assumption I am willing to make, they are in par with mistakes of other counsel.

8. Because of above, I ask to withdraw from this case.

Dated: Brooklyn NY
August 23, 2019

　　　　　　　　　　　　　　　　　　　___/s/Joseph Paukman_____
　　　　　　　　　　　　　　　　　　　　　　Joseph Paukman

Application granted. Joseph Paukman is granted leave to withdraw as counsel for JS Barkats PLLC and Sunny Joseph Barkats. For the sake of clarity, the Court's August 23, 2019 order, Dkt. No. 170, applied to the motion to withdraw that Mr. Paukman submitted on August 20, 2019, Dkt. No. 166. The Clerk of Court is directed to remove Joseph Paukman from the list of counsel in this case.

SO ORDERED.

Dated: August 29, 2019　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　United States District Judge