**JOSEPH PAUKMAN**
**ATTORNEY AT LAW**
--------------------------------
**1407 Avenue Z # 612**
**Brooklyn, NY 11235**
**tel: (718) 736-4050**
**fax: (484) 307-7973**
**3360066@gmail.com**

October 3, 2019

Hon. Gregory H. Woods
Via Pacer
500 Pearl St.
NY 10007

          Re:    American E Group v Livewire Ergogenics v Elana Hirsch et al Index 1-18-cv-3969-GHW – Attorney lien SDNY local rules1.4, supplement to Docket 170 request to unseal Arbitration

===================

Dear Judge Woods

    I am the former counsel to Sunny Joseph Barkats and JSBarkats, PLL. On September 22, 2019. This letter motion is to allow me updates on *JS Barkats, PLLC v. Livewire Ergogenics Inc. and Bill Hodson - Case 01-19-0002-1040.*

    I contacted Sharon Durkin of the American Arbitration Association to keep me updated on *JS Barkats, PLLC v. Livewire Ergogenics Inc. and Bill Hodson - Case 01-19-0002-1040* and she told me I would need a Court order or party permission to allow said updates. See below;

From: AAA Sharon Durkin <sharondurkin@adr.org>
To: JP Legal <3360066@gmail.com>
Date: Thursday, October 3, 2019, 4:41 PM -0400
Subject: RE: JS Barkats case

Good Afternoon Mr. Paukman,

Thank you for your email. Inasmuch as arbitration is a confidential proceeding, one of the parties will need to advise that you are authorized to receive communications regarding this matter. As of this date we have not been notified as such.

Thank you,

Spencer Tubbs on behalf of,

    Mr. Barkats and his new attorney are uncooperative, Because I did legal work on this case and on *JS Barkats, PLLC v. Livewire Ergogenics Inc. and Bill Hodson - Case 01-19-0002-1040,* I am entitled to compensation.

    On or about August 2019 my client retained additional counsel and offered me $700 and contingency 10 percent of the shares, I accepted the offer and my client refused to pay me after receiving an email from Ira Thomas calling me an embarrassment not entitled to any shares.

    Because 1) I am the former counsel to Sunny Joseph Barkats and JSBarkats, 2) I worked on this matter and the arbitration. 3) I have a lien Docket 170 and 4) I have received *$00.00* for my services, I ask this Court to allow me updates on *JS Barkats, PLLC v. Livewire Ergogenics Inc. and Bill Hodson - Case 01-19-0002-1040.*

                                                /s/Joseph Paukman
                                                _____

                                                **JOSEPH PAUKMAN**