```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   AMERICAN E GROUP LLC,                                       :
                                                               :
                              Plaintiff,                       :
                                                               :
                  -against-                                    :      1:18-cv-3969-GHW
                                                               :
   LIVEWIRE ERGOGENICS INC.,                                   :      ORDER TO SHOW CAUSE
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed the materials submitted requesting the withdrawal of Tanner Bryce Jones as counsel for Third-Party Defendants JSBarkats PLLC and Sunny Josesph Barkats.  The Court will hold a hearing on the Order to Show Cause on November 26, 2019 at 1 p.m.  The Jones Law Firm, P.C. is directed to file any additional briefing materials via ECF no later than November 19, 2019 and to serve a copy of this order and its moving papers on JSBarkats PLLC and Mr. Sunny Joseph Barkats via email to sbarkats@jsbarkats.com and sunnybkats@gmail.com.  JSBarkats PLLC and Mr. Sunny Joseph Barkats are directed to serve any answering papers via ECF and to serve a copy on Mr. Bryce Jones via email to bryce@joneslawnyc.com no later than November 22, 2019.  Any reply papers from the Jones Law Firm must be served via ECF and to the above email addresses no later than November 25, 2019.  The Jones Law Firm may file any information that it believes it may properly disclose on the public docket.  The Court will request additional information for in camera review only to the extent that the publicly-filed information is insufficient to rule on the application.

      SO ORDERED.

Dated: November 15, 2019
           New York, New York

                                                                             _____
                                                                               GREGORY H. WOODS
                                                                          United States District Judge