USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AMERICAN E GROUP LLC,

                              Plaintiff,

-against-

LIVEWIRE ERGOGENICS INC.,

                              Defendant.

-----------------------------------------------------------------X

1:18-cv-3969-GHW

ORDER

GREGORY H. WOODS, District Judge:

The Court will hold a telephone conference in this case to discuss Mr. Jones' motion to withdraw on December 27, 2019 at 2 p.m. Mr. Jones is directed to call Chambers (212-805-0296) at that time with Mr. Barkats on the line. The other parties are not required to appear in connection with this conference.

SO ORDERED.

Dated: December 18, 2019
New York, New York

                                                  GREGORY H. WOODS
                                              United States District Judge