USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
AMERICAN E GROUP LLC, :
:
                                Plaintiff, :    1:18-cv-3969-GHW
:
            -against- :    ORDER
:
LIVEWIRE ERGOGENICS INC., :
:
                           Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

At Mr. Barkats' request, the telephone conference scheduled for December 27, 2019 at 2 p.m. is rescheduled for 9:30 a.m. on the same day. Mr. Jones is directed to call Chambers (212-805-0296) at that time with Mr. Barkats on the line. The other parties are not required to appear in connection with this conference.

    SO ORDERED.

Dated: December 26, 2019
New York, New York

                                            GREGORY H. WOODS
                                        United States District Judge