USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    :
AMERICAN E GROUP LLC,    :
    :
    Plaintiff and Counterclaim Defendant,:    1:18-cv-3969-GHW
    :
    -against-    :    ORDER
    :
LIVEWIRE ERGOGENICS INC.,    :
    :
Defendant, Counterclaim Plaintiff, and Third-Party:
    Plaintiff,:
    :
    -and-    :
ELANA HIRSCH,    :
    :
    Third-Party Defendant.:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On December 27, 2019, the Court ordered that the case be stayed until January 27, 2020. Dkt No. 222. Because that date has passed, the stay in this case has been lifted.

The status conference scheduled for February 17, 2020 is rescheduled to February 13, 2020 at 2 p.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

SO ORDERED.

Dated: January 28, 2020
New York, New York

                                  GREGORY H. WOODS
                                United States District Judge