| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/8/2021 |

-----------------------------------------------------------X
:
AMERICAN E GROUP LLC,  :
:
Plaintiff, :
: 1:18-cv-3969-GHW
-against- : ORDER
:
LIVEWIRE ERGOGENICS INC., et al.,  :
:
Defendants. :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 13, 2020, the Court dismissed the third-party claims against JS Barkats PLLC and Sunny Joseph Barkats. Dkt. No. 223. On January 28, 2020, the Court dismissed Plaintiff's claims against Defendants. Dkt. No. 228. The parties have entered into a stipulation dismissing without prejudice all of Defendants' remaining claims against Plaintiff. Dkt. No. 266. Accordingly, the Court is directed to enter judgment in favor of Defendants with regard to Plaintiff's claims and to close this case.

SO ORDERED.

Dated: July 8, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge