# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMERICAN E GROUP LLC,

                Plaintiff                       18 **CIVIL** 3969 (GHW)

      -against-                           **JUDGMENT**

LIVEWIRE EROGOGENICS INC., et al.,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2021, judgment is entered in favor of Defendants with regard to Plaintiff's claims and the case is closed.

**Dated:**  New York, New York
          July 12, 2021

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                                  Clerk of Court
                                      **BY:**
                                                               _____
                                                                     Deputy Clerk